UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRUNO ETCHEPARE,<br><br>                    Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                    Defendant. | Case No. C14-1504 RAJ<br><br>[~~PROPOSED~~] **ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS** |

The Court, after careful consideration of the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, the parties' stipulated motion to reverse and remand, and the balance of the record, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation.

2) The Commissioner's decision is **REVERSED** and the case is **REMANDED** to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

3) Plaintiff is entitled to reasonable attorney fees and costs under the Equal Access to Justice Act upon proper application to the Court.

4) The Clerk shall provide copies of this Order to the parties and Judge Tsuchida.

///

///

1    DATED this 16th day of July, 2015.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

[~~PROPOSED~~] ORDER REVERSING AND REMANDING CASE FOR
FURTHER ADMINISTRATIVE PROCEEDINGS - 2